The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER JOHNSON<br><br>Defendants. | NO. CR24-138 RSM<br><br>**ORDER CONTINUING TRIAL AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |

The current trial date for this matter October 21, 2024.  The defendant Christopher Johnson has filed a motion to continue the trial until October 6, 2025.  The United States agreed to continue the trial to that date.

Having considered the defendant's submission and any responses thereto, the Court GRANTS the motion.  The trial is scheduled for October 6, 2025.  Pretrial motions will be filed no later than April 25, 2025.

Furthermore, the Court funds that, for the reasons detailed in the defendant's motion, which is incorporated herein by reference, the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).  Failure to grant this continuance would likely make trial impossible and result in a miscarriage of justice and would deny counsel for the defendant and the government the reasonable time necessary for effective preparation,

Order Continuing Trial Date - 1
*United States v. Johnson.* / CR 24-138 RSM

SNOHOMISH COUNTY PUBLIC DEFENDER
2722 COLBY AVE., SUITE 200
EVERETT, WA 98201
425-339-6300

taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(i), (iv). This case is sufficiently complex due to the number of defendants and nature of prosecution that it is unreasonable to expect adequate preparation by the parties for pretrial proceedings or for the trial itself by the current trial date. 18 U.S.C. § 3161(h)(7)(B)(ii).

Therefore, IT IS FURTHER ORDERED that the time between October 21, 2024, and October 6, 2025, is excluded in computing time within which trial must commence because the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

DATED 4th day of September, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

RACHEL FORDE
Attorney for Defendant

Order Continuing Trial Date - 2
*United States v. Johnson.* / CR 24-138 RSM

SNOHOMISH COUNTY PUBLIC DEFENDER
2722 COLBY AVE., SUITE 200
EVERETT, WA 98201
425-339-6300