THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER JOHNSON,<br><br>Defendant. | No.  CR24-138 RSM<br><br>**ORDER TO APPOINT CO-COUNSEL** |

The defendant Christopher Johnson has filed an ex parte motion to appoint co-counsel.

Having considered the defendant's submission, the Court GRANTS the motion. Jacqueline Walsh is appointed co-counsel in this matter.

Furthermore, the Court funds that, for the reasons detailed in the defendant's motion, which is incorporated herein by reference, the matter is an extremely difficult case and the interest of justice served by appointing co-counsel.

DATED 12th day of September, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

RACHEL FORDE
Attorney for Defendant

ORDER TO APPOINT CO-COUNSEL
CR24-138 RSM - 1