UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Petitioner,<br><br>v.<br><br>KEVIN THISSEL et al.,<br><br>Defendants. | CASE NO. 2:24-cr-00138-LK<br><br>ORDER GRANTING UNOPPOSED MOTION FOR A PROTECTIVE ORDER REGARDING PROFESSIONAL VISITS AT THE FEDERAL DETENTION CENTER AT SEATAC |

This matter comes before the Court on Defendant Christopher Johnson's unopposed motion for a protective order. Dkt. No. 94. This Court, having reviewed the motion, and for the reasons stated therein, GRANTS the motion and ORDERS as follows:

The Government shall not seek or request access to attorney and/or expert logbooks revealing information about any legal defense team member visiting Mr. Johnson at the Federal Detention Center at SeaTac. The Government also shall not seek or request access to the NCIC/Criminal History Check form or an application to enter the institution as a representative for any member of the Johnson legal team.

If the Government for any reason concludes it is entitled to any of the information set forth in the previous paragraph, it shall not seek or request that information from the Bureau of Prisons

without first providing notice to counsel for Mr. Johnson and providing Mr. Johnson with an opportunity to litigate the issue.

Dated this 12th day of August, 2025.

*Lauren King*

Lauren J. King
United States District Judge